IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NEW YORK MARINE AND GENERAL )
INSURANCE COMPANY, a New York )
Corporation, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION FILE
) NO. 3:05CV373-H
BECK ELECTRIC CO., INC., a )
North Carolina Corporation, )
JAMES E. BECKER, FRANCES J. )
LOTH, and RACHEL M. LOTH, )
)
    Defendants. )

## JUDGMENT

Plaintiff, New York Marine and General Insurance Company ("NYMAGIC"), having made an application for entry of a default judgment against the Defendants Frances J. Loth and Rachel M. Loth in the above action and it appearing from the record and the Affidavits of NYMAGIC and its counsel that the Defendants Frances J. Loth and Rachel M. Loth have failed to appear, plead or otherwise defend as provided in Fed. R. Civ. P., NYMAGIC'S application for a default judgment is hereby granted in accordance with FRCP 55 (b)1) and Local Rule 77.1(5)WDNC.

Judgment is hereby entered in favor of NYMAGIC against Frances J. Loth and Rachel M. Loth in the amount of $275,934.87, together with interest thereon at the legal rate from the date of this judgment.

HEREBY ENTERED this __22__ day of __May__, 2006.

_____
CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Prepared and Submitted By:

s/Brenda K. Orrison

BRENDA K. ORRISON
North Carolina Bar No. 8464
Georgia Bar No. 582962
Counsel for Plaintiff
PORTER & ORRISON, LLP
Suite 1135, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, GA 30326
404/233-2334
404/231-5318 (facsimile)
E-mail:bkorrison@porterorrison.com