# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:05 CV 373-H

| | |
|---|---|
| **NEW YORK MARINE AND GENERAL INSURANCE COMPANY**, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**BECK ELECTRIC CO., INC.**, a North Carolina Corporation, and **JAMES E. BECKER**,<br><br>Defendants. | **JUDGMENT AND AWARD OF ATTORNEY'S FEES** |

**THIS MATTER** having been decided on a Motion for Summary Judgment in a January 16, 2007 "Memorandum and Order," incorporated herein by reference; and the parties having consented to Magistrate Judge jurisdiction under 28 U.S.C. §636(c):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. **JUDGMENT** in favor of Plaintiff New York Marine and General Insurance Company is hereby **ENTERED** against Defendants Beck Electric Co., Inc. and James E. Becker in the principal amount of $261,939.33 with interest in the amount of twelve percent (12%) from the date of each disbursement.

2. The Plaintiff's attorney is **AWARDED** an attorney's fee, based on the indemnity agreement discussed in the accompanying Memorandum and Order, of $39,290.90.

3. The Clerk is directed to send a copy of this "Judgment and Award of Attorney's Fees" to counsel for the parties, together with a copy of the simultaneously-filed Memorandum and Order.

**SO ORDERED, ADJUDGED, AND DECREED**.

Signed: January 16, 2007

Carl Horn, III
United States Magistrate Judge